VIA USPS CERTIFIED MAIL AND FACSIMILE @ (518) 486-3745
Page 1 of 3
September 7, 2023 @ 08:13:00 PM

Lucy Lang
Inspector General
New York State Offices of the Inspector General
Empire State Plaza, Agency Building 2, 16th Floor
Albany, NY 12223

VIA USPS CERTIFIED MAIL

**RE: September 7, 2023 Continued Criminal Misconduct, Civil Rights Violations, and Retaliation Complaint Against Attorney General Letitia James**

Dear Inspector General Lucy Lang:

This correspondence represents, yet another instance, of criminal misconduct linked to Attorney General Letitia James. See, *New York Penal Code* §§ 120.45 (misdemeanor); 120.50 ¶ 3 (misdemeanor); 250.05 (felony); 250.10 (misdemeanor). These incidents occurred on September 7, 2023 between the hours of 10:00 am – 5:00 pm, and as the pictures indicate on the MTA (New York City Subway/Trains), which is enabled via the illicit camera monitoring pursuant a criminal embezzlement scheme. Note the six (6) pages of pictures illustrating the problems at hand, each with arrows indicated as points of emphasis. As previously mentioned, a number of Hispanic women and men are doing the bidding in the foreground for Ms. James and here embezzlement agenda.

For example take page five (5) of Exhibit 'A' in which this loser on the MTA follows me off the train and states, "Fuck you bitch, the train is coming in five minutes. Good Luck with your case. Tell that." It doesn't get much more telling than that. But then again, maybe so, take page four (4) for instance with the window banner on the vehicle with the license plate which can be run to determine the owner, their affiliation with Ms. James, and having them charged

VIA USPS CERTIFIED MAIL AND FACSIMILE @ (518) 486-3745
1734 Webster Avenue, Bronx, NY 10457

VIA USPS CERTIFIED MAIL AND FACSIMILE @ (518) 486-3745

Page 2 of 3

with a felony, *ante*. Then there are pages 6-7, with this Hispanic woman's Jesus and baby obsession, constantly following me around with the same behavior for quite sometime. Is Jesus in the embezzlement business, now, too? And what does this have to do with the Catholic Church, if anything, look at the pictures closely. It seems that this reparations movement has attracted quite a few groups to do bidding of the founders (of which Ms. James is one), no doubt for a lofty fee, which the court will pay via these racketeering and organized crime schemes...but there is just one problem. I need to just – leave. And let the "Magic" happen where these criminals line their pockets. And no doubt having Ms. James escape sanctions[1] is big part of this effort

Again, Letitia James works with or knows about the MTA (New York City Trains/Subways) camera monitoring used to track my locations and have operatives positioned to perform said criminal acts, *ante*, the aim of which is to force me out of town as **retaliation** for the federal lawsuit against Attorney General *Letitia James*.


Sincerely,

/s/ [signature]

Darryl Chadwich Carter
Encl: Exhibit 'A'

---

1  As previously mentioned Ms James is the subject of sanctions inquiry via a matter in the federal appeals court pursuant, inter alia, fraud upon the court. It would be quite convenient, no doubt, if I disappeared via this organized crime network to make all of this go away.

VIA USPS CERTIFIED MAIL AND FACSIMILE @ (518) 486-3745
1734 Webster Avenue, Bronx, NY 10457

VIA USPS CERTIFIED MAIL AND FACSIMILE @ (518) 486-3745
Page 3 of 3

EXHIBIT 'A'
(7 Pages Including This Page)
(1: New York City Subway Organized Crime Trackers pgs. 2-7)

VIA USPS CERTIFIED MAIL AND FACSIMILE @ (518) 486-3745
1734 Webster Avenue, Bronx, NY 10457











