

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Carter vs. Sewell _____ Docket No.: 23-1228

Lead Counsel of Record (name/firm) or Pro se Party (name): Darryl C. Carter, Pro Se

Appearance for (party/designation): Appellant

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

### RELATED CASES

- [ ] This case has not been before this Court previously.
- [✓] This case has been before this Court previously. The short title, docket number, and citation are: _____
  Carter vs. Sewell et. al., appeal No: 23-875 and 23-602 which have been consolidated with this instant action.
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
OR
Signature of pro se litigant: /s/ _____
Type or Print Name: Darryl Chadwich Carter abbreviated as Darryl C. Carter
- [✓] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

Page 1 of 2

## CERTIFICATE OF SERVICE

On date, September 12, 2023, I did submit the following document(s) with respect to appeal no: 23-1228

1)      APPELLANT'S NOTICE OF APPEARANCE

☒by submitting the, herein referenced documents via U.S.P.S. First Class Mail with postage prepaid via either NetStamps postage (Serial No: Bxxx21) or postage paid at the U.S.P.S. counter via point of sale (P.O.S.) to the defendants' counsel appearing in this action, as follows:

Jamison Davies,
New York City Law Department
Appeals Division Room 6-178
100 Church Street
New York, NY 10007
Direct: 212-356-2490
Email: jdavies@law.nyc.gov, nycfedapp@law.nyc.gov

Sylvia Hinds-Radix, Esq.,
Corporation Counsel
**Terminated: 07/17/2023**
New York City Law Department
100 Church Street
New York, NY 10007
Direct: 212-356-0800
Email: shradix@law.nyc.gov, nycfedapp@law.nyc.gov

*Counsel for Appellee Sewell*

1734 Webster Avenue, Bronx, NY 10457

Oren L. Zeve, Esq.,
New York State
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Email: oren.zeve@ag.ny.gov, nyoag.nycpdf@ag.ny.gov

Barbara D. Underwood
**Terminated: 07/14/23**
New York State
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Email: barbara.underwood@ag.ny.gov; nyoag.nycpdf@ag.ny.gov

*Counsel for Appellees Hochul and James*

Wet Ink Signature

Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
Phone: (469) 664-7728
Email: dcclawinfo@legalhotwater.com

*Attorney for the Plaintiff*