# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT



## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE** Carter v. Sewell et al., | **DISTRICT** Southern District of New York | **DOCKET NUMBER** 23-cv-1139-JLR-RWL |
| | **JUDGE** Jennifer L. Rochon | **APPELLANT** Darryl C. Carter |
| | **COURT REPORTER** none | **PRO SE APPELLANT** Darryl C. Carter |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (i.e., oral argument, order from the bench, etc.)

N/A

**Reason for not ordering a transcript:**

☐ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**METHOD OF PAYMENT**  ☐ Funds  ☐ CJA Voucher (CJA-21)

RECEIVED 2023 SEP 13 AM 11:21 U.S. C... ...ALS

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☑ OTHER (Specify in the space below):

No hearing held to be transcribed.

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

N/A

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE /s/ [signature] | DATE September 09, 2023 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017

Page 1 of 2

# CERTIFICATE OF SERVICE

On date, September 12, 2023, I did submit the following document(s) with respect to appeal no: 23-1228

1)     FORM D-P

☒by submitting the, herein referenced documents via the court's CM/ECF filing system for subsequent CM/ECF notification to the defendants' counsel appearing in this action, as follows:

Jamison Davies,
New York City Law Department
Appeals Division Room 6-178
100 Church Street
New York, NY 10007
Direct: 212-356-2490
Email: jdavies@law.nyc.gov, nycfedapp@law.nyc.gov

Sylvia Hinds-Radix, Esq.,
Corporation Counsel
**Terminated: 07/17/2023**
New York City Law Department
100 Church Street
New York, NY 10007
Direct: 212-356-0800
Email: shradix@law.nyc.gov, nycfedapp@law.nyc.gov

*Counsel for Appellee Sewell*

1734 Webster Avenue, Bronx, NY 10457

Oren L. Zeve, Esq.,
New York State
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Email: oren.zeve@ag.ny.gov, nyoag.nycpdf@ag.ny.gov

Barbara D. Underwood
**Terminated: 07/14/23**
New York State
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Email: barbara.underwood@ag.ny.gov; nyoag.nycpdf@ag.ny.gov

*Counsel for Appellees Hochul and James*

Wet Ink Signature

Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
Phone: (469) 664-7728
Email: dcclawinfo@legalhotwater.com

*Attorney for the Plaintiff*