

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

RECEIVED

2023 SEP 13 AM 11: 21

**1. SEE NOTICE ON REVERSE**     **2. PLEASE TYPE OR PRINT**     **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: Carter vs. Sewell et al. | District Court or Agency: S.D.N.Y | Judge: Jennifer L. Rochon |
|---|---|---|
| | Date the Order or Judgment Appealed from was Entered on the Docket: September 1, 2023 | District Court Docket No.: 1:23-cv-01139-JLR |
| | Date the Notice of Appeal was Filed: August 31, 2023 | Is this a Cross Appeal? ☐ Yes  ☑ No |

| Attorney(s) for Appellant(s): ☑ Plaintiff  ☐ Defendant | Counsel's Name:     Address:     Telephone No.:     Fax No.:     E-mail:  Darryl C. Carter 1734 Webster Avenue, Bronx, NY 10457 phone: (469) 664-7728, email: dcclawinfo@legalhotwater.com |
|---|---|

| Attorney(s) for Appellee(s): ☐ Plaintiff  ☑ Defendant | Counsel's Name:     Address:     Telephone No.:     Fax No.:     E-mail:  Counsel for defendant Sewell: Jamison Davies, NYC Law Department,100 Church Street, New York, NY 10007, Direct: 212-356-2490,Email: jdavies@law.nyc.gov, Counsel for defendants Hochul and James: Oren L. Zeve, Esq., 28 Liberty Street, New York, NY 10005, Email: oren.zeve@ag.ny.gov |
|---|---|

| Has Transcript Been Prepared? N/A | Approx. Number of Transcript Pages: N/A | Number of Exhibits Appended to Transcript: N/A | Has this matter been before this Circuit previously? ☑ Yes  ☐ No  If Yes, provide the following:  Case Name: 23-cv-1139-JLR  2d Cir. Docket No.: 23-602     Reporter Citation: (i.e., F.3d or Fed. App.) n/a |
|---|---|---|---|

**ADDENDUM "A":** COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

**ADDENDUM "B":** COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

### PART A:  JURISDICTION

| 1. Federal Jurisdiction | | 2. Appellate Jurisdiction | |
|---|---|---|---|
| ☐ U.S. a party | ☐ Diversity | ☐ Final Decision | ☐ Order Certified by District Judge (i.e., Fed . R. Civ. P. 54(b)) |
| ☑ Federal question (U.S. not a party) | ☐ Other (specify): _____ | ☑ Interlocutory Decision Appealable As of Right | ☐ Other (specify): _____ |

**IMPORTANT.  COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

FORM C (Rev. October 2016)

---

**PART B: DISTRICT COURT DISPOSITION** (Check as many as apply)

RECEIVED

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | 3. Relief |
|---|---|---|
| [✓] Pre-trial <br> [ ] During trial <br> [ ] After trial | [✓] Default judgment <br> [ ] Dismissal/jurisdiction <br>     lack of subject matter juris. <br> [✓] Dismissal/FRCP 12(b)(6) <br>     failure to state a claim <br> [✓] Dismissal/28 U.S.C. § 1915(e)(2) <br>     frivolous complaint <br> [ ] Dismissal/28 U.S.C. § 1915(e)(2) <br>     other dismissal | [ ] Dismissal/other jurisdiction <br> [ ] Dismissal/merit <br> [ ] Judgment / Decision of the Court <br> [ ] Summary judgment <br> [ ] Declaratory judgment <br> [ ] Jury verdict <br> [ ] Judgment NOV <br> [ ] Directed verdict <br> [✓] Other (specify): | [✓] Damages: <br>   [ ] Sought: $ _____ <br>   [ ] Granted: $ _____ <br>   [ ] Denied: $ _____ <br><br> [✓] Injunctions: <br>   [✓] Preliminary <br>   [ ] Permanent <br>   [ ] Denied <br><br> damages: costs, etc. <br> additional relief: declaratory judgment |

---

**PART C: NATURE OF SUIT** (Check as many as apply)

| 1. Federal Statutes | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|
| [ ] Antitrust <br> [ ] Bankruptcy <br> [ ] Banks/Banking <br> [ ] Civil Rights <br> [ ] Commerce <br> [ ] Energy <br> [ ] Commodities <br> [ ] Other (specify): _____ | [ ] Communications <br> [ ] Consumer Protection <br> [ ] Copyright □ Patent <br> [ ] Trademark <br> [ ] Election <br> [ ] Soc. Security <br> [ ] Environmental <br><br> [ ] Freedom of Information Act <br> [ ] Immigration <br> [ ] Labor <br> [ ] OSHA <br> [ ] Securities <br> [ ] Tax | [ ] Admiralty/ <br> [ ] Assault / <br>   Defamation <br> [ ] FELA <br> [ ] Products Liability <br> [ ] Other (Specify): | [ ] Admiralty/ <br> [ ] Maritime <br> [ ] Arbitration <br> [ ] Commercial <br> [ ] Employment <br> [ ] Insurance <br> [ ] Negotiable <br>   Instruments <br> [ ] Other Specify | [ ] Civil Rights <br> [ ] Habeas Corpus <br> [ ] Mandamus <br> [ ] Parole <br> [ ] Vacate Sentence <br> [ ] Other |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| [ ] Hague Int'l Child Custody Conv. <br> [ ] Forfeiture/Penalty <br> [ ] Real Property <br> [ ] Treaty (specify): _____ <br> [✓] Other (specify): State Statute Constitutionality | [ ] Arbitration <br> [ ] Attorney Disqualification <br> [ ] Class Action <br> [ ] Counsel Fees <br> [ ] Shareholder Derivative <br> [ ] Transfer | [✓] Yes    [ ] No <br><br> Will appeal raise a matter of first impression? <br><br> [✓] Yes    [ ] No |

---

1. Is any matter relative to this appeal still pending below? [✓] Yes, specify: jurisdiction question(s)     [ ] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:

   (A)   Arises from substantially the same case or controversy as this appeal?    [✓] Yes    [ ] No

   (B)   Involves an issue that is substantially similar or related to an issue in this appeal?    [✓] Yes    [ ] No

If yes, state whether □ "A," or □ "B," or □ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: <br> Carter v. Sewell et al., | Docket No. <br> 23-875, 23-602 | Citation: <br> n/a | Court or Agency: <br> U.S.C.A 2nd Circuit |
|---|---|---|---|
| Name of Appellant: Darryl Chadwick Carter | | | |

| Date: ~~June 18, 2023~~ <br> *September 9, 2023* D.C.C. | Signature of Counsel of Record: /s/ *[signature]* |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**
1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

      **PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C** (Rev. December 2016)

Description of the Appeal Issue(s):        Addendum(s) A, B Page 1 of 2

Caption: (Appeal No: 23-1228, Carter vs Sewell et al.,)

This, now, third interlocutory appeal represents very serious Constitutional questions surrounding a party proceeding "pro se" with respect to the *Bill of Rights* specifically centered around *Due Process* mandates. To wit: 1.) The right to proceed before a competent court of jurisdiction; 2.) A non-biased neutral arbiter; 3.) Appropriate court decorum consistent with due process. The interlocutory appeal cases: 23-602, 23-875 have been consolidated with this instant action.

This appeal raises three (3) central issues: 1.) The jurisdiction (abuse thereof) per the lower court to enter its Order(s) giving rise to this appeal; 2.) The procedural and substantive contours of a default judgment; 3.) The procedural and substantive contours of the entry of default for the failure of all defendants to Answer within the time alloted to do so. *First*, Appellant contends that the lower court had jurisdiction to enter the default and default judgment but abused its jurisdiction via back channel activities whereas appellant's respective motions (entry of default and default judgment) were rigged in the background. *Next*, *Fed. R. Civ. P* 55 (a) requires entry of default by the Clerk of court not a compromised magistrate judge who has repeatedly, knowingly, and intentionally made a mockery of Appellant's Constitutional Rights. *Lastly*, the district court judge grossly erred, per the motion for default judgment, alleging that the magistrate judge properly denied *Fed. R. Civ. P* 55 (a), which on its face speaks of the Clerk of court and not the district nor magistrate judge. Moreover, time and again these court proceedings have repeatedly disregarded the *Constitutional Equal Protection minimums* guaranteed to plaintiff with extraordinary dilatory behavior, a compromised flagrantly bias magistrate judge, and a district judge from the outset toting the political line for her Albany, New York allies. Moreover, appellant in this action has had to endure months upon months of dilatory conduct simply to get past the initial filing stage of these actions with no relief, to date, in comparison to certain preferred political parties who are/were able to obtain instantaneous relief. See, *(Alvin L. Bragg vs. Jim Jordan* (23-cv-03032-MKV) docketed, in the lower court, merely for a few days (04/11/23) and plaintiff-appellant (in that action) reached this appellate court INSTANTANEOUSLY without roadblocks, stonewalling, clerk perfunctory orders/dismissals, etc.). Moreover, there can be no doubt that both this court and the lower court furthered and continues to further, directly or indirectly, appellant's extraordinary level of irreparable harm, giving rise to the need for an immediate determination on Appellant's Constitutional Right to carry a concealed weapon for self-defense purposes.

1. Nature of the Action (Appeal Numbers: 23-1228, Carter vs Sewell et al.,)
    1. Constitutional & Statutory Questions Raised on Appeal
        a) Whether or not, upon request, the plain language of *Fed. R. Civ. P* 55 (a) requires entry of the default by the Clerk of court.
        b) Whether the district court judge erred via disregarding settled matters with respect to *Fed. R. Civ. P* 55 (b) (1) via deferring to a magistrate judge's determination per *Fed. R. Civ. P* 55 (a).

    c)  Do statements made by a State actor (Governor, Attorney General, Police Commissioner, etc.) defendants, with substantial and significant power, with respect to links and ties to "Big money" political action/activist groups substantiate bias rising to the level of unconstitutional behavior, *ante*, giving rise to this, now, third interlocutory appeal?

    d)  Did the state of New York substantially burden the Supreme Court's *New York State Rifle & Pistol Association v. Bruen*, 597 U.S. ___ (2022). decision based upon alleged retaliation via its new/revised CCW laws as became effective September 2022?

2. Standard of Review

    a)  The applicable standard of review include

        1.  *De Novo*: As all of matters, 1 (a)-(d) are questions of law. See, Pierce v. Underwood, 487 US 552 (1998) ("For purposes of standard of review, decisions by judges are traditionally divided into three categories, denominated questions of law (reviewable de novo), questions of fact (reviewable for clear error), and matters of discretion (reviewable for "abuse of discretion")."); Bose Corp. v. Consumers Union of United States, Inc., 466 US 485 (1984) ("[T]he Court rejects the "clearly erroneous" standard [...] in favor of a "de novo" standard of review for the "constitutional facts" surrounding the "actual malice" determination."); *First Options of Chicago, Inc. v. Kaplan*, 514 US 938 (1995);

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DARRYL C. CARTER | 23-cv-01139 (JLR) |
| DEFENDANT | TYPE OF PROCESS |
| KEECHANT L. SEWELL, et al. | Summons & Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | Kathy Hochul, Governor of the State of New York |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | New York State Capitol Building, Albany, New York 12224 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Darryl C. Carter<br>1734 Webster Ave.<br>Bronx, NY 10467 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| S. Harrold | | | 3/16/2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/3 | No. 054 | No. 054 | | 6/23/2023 |

I hereby certify and return that I ☒ have personally served ., ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| Isabel Mora   Executive Assistant | 6-21-2023 | 11:40 | ☒ am<br>☐ pm |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DARRYL C. CARTER | 23-cv-01139 (JLR) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KEECHANT L. SEWELL, et al. | Summons & Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | Letitia James, Attorney General of the State of New York |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>28 Liberty Street, 16th Floor, New York, New York 10005 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Darryl C. Carter<br>1734 Webster Ave.<br>Bronx, NY 10457 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *S. Harrold* | | | 3/16/2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2/3 | District of Origin<br>No. 054 | District to Serve<br>No. 054 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/1/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Jasmine Hughes   Office Assistant 1 | Date<br>6/2/23 | Time<br>1040 | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

Costs shown on attached USMS Cost Sheet >>

REMARKS:

roundtrip  1 hour × 65 = $65.00
2 miles × .655 = $1.31
$66.31

DUSM Hours?              DUSM miles?

#2

Form USM-285
Rev. 03/21

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>DARRYL C. CARTER | COURT CASE NUMBER<br>23-cv-01139 (JLR) |
|---|---|
| DEFENDANT<br>KEECHANT L. SEWELL, et al. | TYPE OF PROCESS<br>Summons & Complaint |

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Keechant L. Sewell, Police Commissioner of the City of New York |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>One Police Plaza, New York, New York 10038 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be<br>served with this Form 285 | |
|---|---|---|
| Darryl C. Carter<br>1734 Webster Ave.<br>Bronx, NY 10467 | Number of parties to be<br>served in this case | |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of:<br><br>S. Harrold | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br><br>3/16/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total<br>number of process indicated.<br>(Sign only for USM 285 if more<br>than one USM 285 is submitted) | Total Process<br><br>1 | District of<br>Origin<br>No. 54 | District to<br>Serve<br>No. 54 | Signature of Authorized USMS Deputy or Clerk | Date<br><br>5/16/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the
individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Giorgia Bono   Community Assistant | Date<br>5/17/23 | Time<br>1206 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br><br>314#2 | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

2023 MAY 17 P 2:02

POLICE DEPARTMENT
CITY OF NEW YORK

Hours: 1 ,                      Mileage: 1

Form USM-285
Rev. 03/21

054-1: 2023-cv-01139-3

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:  8/25/2023               │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRYL C. CARTER,                              :        23-CV-1139 (JLR) (RWL)
                                               :
                           Plaintiff,          :
                                               :
          - against -                          :        **ORDER**
                                               :
KEECHANT L. SEWELL, et al,                     :
                                               :
                           Defendants.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff's motion for default at Dkt. 55 is denied.   The Court previously has

extended the time for Defendants to respond to the complaint, and their motion to dismiss

is not due to be filed until September 18, 2023.  (*See* Dkts. 51, 54.)


                                 SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2023
      New York, New York

Copies transmitted this date to all counsel of record.  The Clerk's Office is respectfully
directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Darryl Chadwich Carter
1734 Webster Avenue
Bronx, NY 10457

Darryl C. Carter
1734 Webster Ave
Bronx, NY 10457
Phone: (469) 664-7728
Email: dcclawinfo@legalhotwater.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL C. CARTER, | Case No.: 1:23-cv-01139-JLR |
| Plaintiff, | PLAINTIFF'S MOTION TO THE DISTRICT COURT JUDGE FOR DEFAULT JUDGMENT |
| vs. | |
| KEECHANT L. SEWELL ET AL., | Trial Date: TBD |
| Defendants | Hearing Time: N/A |
| | Hearing Date: N/A |

*Darryl C. Carter v. Keechant L. Sewell et al., Case No: 1:23-cv-01139-JLR*

-1-

## PLAINTIFF'S MOTION TO THE DISTRICT COURT JUDGE FOR DEFAULT JUDGMENT

**TO THE COURT, ALL INTERESTED PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** a hearing may be held, if determined by the court's Rule L.R. 3 (O), and if so such hearing will be held at the following address: **Daniel Patrick Moynihan, United States Courthouse Courtroom 20B, 500 Pearl St. New York, NY 10007-1312**. This motion for default judgment is founded upon this *motion*, *declaration*, and *Exhibit 'A'*, plaintiff per *Fed. R. Civ. P* 55 (b) (2).

1. Defendant Hochul's time to file a responsive pleading expired on July 12, 2023. See Exhibit A, attached hereto, pg. 2.

2. Defendant James's time to file a responsive pleading expired on June 23, 2023. See Exhibit A, attached hereto, pg. 3.

3. Defendant Sewell's time to file a responsive pleading expired on June 7, 2023. See Exhibit A, attached hereto, pg. 4.

4. On August 24, 2023 a clerk's certificate of default was requested with a return date of August 25, 2023 @ 5:00 PM. See, Exhibit 'A' pgs. 17-27. The clerk did NOT enter a certificate of default as required and per another act of

Darryl C. Carter v. Keechant L. Sewell et al., Case No: 1:23-cv-01139-JLR

*Darryl C. Carter v. Keechant L. Sewell et al, Case No: 1:23-cv-01139-JLR*

judicial misconduct and fraud, the magistrate judge **DENIED** the same.
See, Exhibit 'A' pg. 28. And the matter giving rise to sanctions including the
current issue with judicial misconduct by the magistrate judge is pending
before the Second Circuit Court of Appeals. See, Exhibit 'A' pg. 29.

5. The relevant procedural posture outside of window for Answer is
summarized as fraud upon the court which issues gave rise to an
interlocutory appeal and a subsequent motion for sanctions against all three
defendants: Kathy Hochul, Letitia James, and Keechant L. Sewell.

   1. The interlocutory appeal is founded upon of abuse of discretion, and
     flagrant disregard for plaintiff-appellant's Constitutional rights with
     respect to having his claims heard by a **neutral unbiased sitting district**
     **judge and not a partial part-time magistrate judge** which magistrate
     judge is the subject of a *judicial misconduct inquiry* regarding related to
     28 U.S.C. § 1915. No competent, non-partisan, partial magistrate judge
     would have **DENIED** plaintiff's 28 U.S.C. § 1915 motion. Moreover,
     your honor, is, also, the subject of said interlocutory appeal related to
     serious Constitutional questions, *ante*. See, Exhibit 'A' attached hereto.

6. Damages in this matter rest primarily with: A.) Service of Process; B.)
PACER fees; and C.) Mailing of papers to the defendants. Additionally,

-3-

there is the matter of plaintiff's time pursuing this action due to the **bad faith intentional misconduct behavior** of the defendants, which cannot be misstated given the *motion for sanctions* before the *Second Circuit Court of Appeals* related to actions both in this court and the higher court i.e. fraud upon the court.

1.  With respect to Service of Process costs, Exhibit 'A' pg. 3, costs were affirmatively stated as $66.31 for service upon defendant James. The service of process papers for defendants Hochul and Sewell do not specifically state cost; however, based upon the usual and customary costs stated for service upon defendant James, it is safe to presume a like amount for each of the two other defendants, ante, thus a total cost for service of process as $66.31 x 3 = $198.93.

2.  With respect to PACER fees plaintiff in good faith estimates such to be approximately $25.00.

3.  With respect to mailing of papers of service, including the mailing of the papers associated with this motion, plaintiff in good faith estimates such costs to be approximately $50.00.

-4-

(Case No: 1:23-cv-01139-JLR)

PLAINTIFF'S MOTION TO THE DISTRICT COURT JUDGE FOR DEFAULT JUDGMENT

Case 1:23-cv-01139-JLR-RWL   Document 57   Filed 08/25/23   Page 5 of 8

4. Regarding plaintiff's time dealing with intentional bad faith actions of the defendants and the politically nature of this action, such is best left to a determination via a hearing.

5. This court's individual local civil rules, L.R 3 (O) appears to conflict with the joint local rules in particular L.C.R 55.2 with respect to the timing of mailing of these papers to the defendants. Here plaintiff budget constrained, by one or more of the defendants, and on the receiving end of persistent ongoing irreparable harm giving rise to the need of immediate vindication of his Constitutional 2A right to carry, seeks 14 days as to the filing of a declaration of certificate of mailing of these papers by USPS mail.

7. As a matter of equity and the principal basis of the underlying constitutional claim plaintiff seeks declaratory and injunctive relief, again, as a means of immediate vindication of this Constitutional 2A right to carry. As the Second Circuit has held, a hearing is not required in this context but may be appropriate, especially with respect to injunctive relief, but certainly not required for declaratory relief: "The notice given by the district court and the "paper" hearing held on the issue of injunctive relief gave Starter all the process it was due under the circumstances." *Starter Corp. v. Converse, Inc.*, 170 F. 3d 286, 299 (U.S.C.A 2nd Cir. 1999). Additionally per the Committee

-5-

(Case No: 1:23-cv-01139-JLR)
PLAINTIFF'S MOTION TO THE DISTRICT COURT JUDGE FOR DEFAULT JUDGMENT

Darryl C. Carter v. Keechant L. Sewell et al., Case No: 1:23-cv-01139-JLR

1
2
3
4
5
6
7
8
9
10
11
12
13
14

       Note regarding L.R. 55.2, the Committee acknowledged "Fed. R. Civ. P. 55(b) does not require service of notice of an application for a default judgment upon a party who has not appeared in the action..." but avers that such notice is appropriate in the interest of "Fairness," and "Efficiency," two (2) concepts disregarded given the issues with fraud upon the court by the defendants both in this action and the action before the higher court specifically addressing the same; let alone, defendants' paid [off] in full magistrate judge who cannot resist the temptation to engage in *ultra vires* prejudicial behavior notwithstanding the current judicial misconduct matter to which the magistrate is a party.

15
16

I so move,

17

Dated this day August 25, 2023

18
19
20

/s/ [signature]

Darryl C. Carter

21
22
23
24
25
26
27
28

-6-

(Case No: 1:23-cv-01139-JLR)

PLAINTIFF'S MOTION TO THE DISTRICT COURT JUDGE FOR DEFAULT JUDGMENT

**Darryl C. Carter v. Keechant L. Sewell et al, Case No: 1:23-cv-01139-JLR**

# CERTIFICATE OF SERVICE

I hereby certify that on date, August 25, 2023, I submitted the following documents and that the appearing defendant is a registered CM/ECF user, in this case, within the United States District Court for the Southern District of New York.

1. PLAINTIFF'S MOTION TO THE DISTRICT COURT JUDGE FOR DEFAULT JUDGMENT;
2. [PROPOSED] ORDER GRANTING DEFAULT JUDGMENT;
3. PLAINTIFF'S EXHIBIT 'A' TWENTY-NINE (29) PAGES

Sylvia Hinds-Radix
Scalli Riggs
Corporate Counsel
100 Church Street, 4th Floor
New York, NY 10007
Tel: (212) 356-2197
Fax: (212) 356-1148
Email: sriggs@law.nyc.gov

*Counsel for Defendant Sewell*

Linda Fang
Special Litigation Counsel
New York State
Office of the Attorney General
28 Liberty Street
New York, New York 10005
Tel: (212) 416-8580
Email: linda.fang@ag.ny.gov

*Counsel for Defendants Hochul and James*

-1-

Dated: August 25, 2023

/s/ *[signature]*
Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
Phone: (469) 664-7728
Email: dcclawinfo@legalhotwater.com

*Attorney for Plaintiff*

Darryl C. Carter v. Keechant L. Sewell et al., Case No: 1:23-cv-01139-JLR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

(Case No.:1:23-cv-01139-JLR)
CERTIFICATE OF SERVICE
PLAINTIFF'S MOTION TO THE DISTRICT COURT JUDGE FOR DEFAULT JUDGMENT

Darryl C. Carter v. Keechant L. Sewell et al., Case No: 1:23-cv-01139-JLR

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DARRYL C. CARTER,

    Plaintiff,

    vs.

KEECHANT L. SEWELL ET AL.,

    Defendants

Case No.: 1:23-cv-01139-JLR

[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT

Trial Date: N/A
Hearing Time:
Hearing Date:

Regarding movant's motion for a default judgment. **IT IS SO ORDERED.**

Movant's motion for a default judgment is **GRANTED** as follows:

1. Defendants: Kathy Hochul, Letitia James, and Keechant L. Sewell are

    defendants in a United States Constitutional Second Amendment matter

    regarding certain restrictions regarding plaintiff's right to bear arms. This

    court declares with respect to defendants Kathy Hochul, Letitia James, and

Keechant L. Sewell: that the New York Police Department ("NYPD") and New York State Concealed Carry Weapon ("CCW") laws provide so many restrictions such as to invalidate the right to carry including CCW for the purposes of self-defense. The current CCW restrictions are the product of Defendant Kathy Hochul's lobbying for more restrictive gun regulations following the United States Supreme Court *Bruen* decision: *New York State Rifle & Pistol Association v. Bruen*, 597 U.S. ___ (2022). Furthermore the court declares that the NYPD and New York State's gun laws linking a CCW license/permit to a business, connected to the licensee, unduly burdens the Second Amendment and is unconstitutional. The court further declares that plaintiff cannot rely on the NYPD to provide him self-defense day-in and day-out as such would place an unreasonable burden on the NYPD. The court, also, declares that the NYPD CCW application process is unduly burdensome, time consuming, and costly such as to discourage one from pursuing the right to bear arms. Lastly, the court declares that the State of New York, via Defendant Kathy Hochul, intentionally sought to further restrict gun rights laws in response to *Bruen* which unduly burdens the Second Amendment and is unconstitutional.

2. Defendants collectively and independently within their respective powers are enjoined from the enforcement of New York gun rights laws including

-2-

Darryl C. Carter v. Keechant L. Sewell et al., Case No: 1:23-cv-01139-JLR

Penal (PEN) CHAPTER 40, PART 3, TITLE P, ARTICLE 265 in particular

§ 265.01-e, and in particular section (k) thereof. Additionally, defendants are

enjoined from the enforcement of the mandatory $340 CCW application fee

and thereby providing plaintiff a waiver. Defendants are further enjoined

against the enforcement of any mandatory time frame to process a NYPD

gun permit/license e.g. six (6) months, etc., and to provision for a fast track

application for those individuals seeking an immediate need for a CCW

permit/license for self-defense.


Issued on Date: _____, Time: _____.


**IT IS SO ORDERED**.



_____
Jennifer L. Rochon
United States District Judge

Darryl C. Carter v. Keechant L. Sewell et al., Case No: 1:23-cv-01139-JLR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL C. CARTER,

                    Plaintiff,

       -against-

KEECHANT L. SEWELL, et al.,

                    Defendants.

1:23-cv-01139 (JLR) (RWL)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff's motion for default (*see* ECF No. 57) is hereby DENIED. When denying Plaintiff's initial motion for default, the Magistrate Judge already correctly stated that the Court extended the time for Defendants to respond to the Complaint, and that Defendants' motion to dismiss the Complaint is not due until September 18, 2023. *See* ECF No. 56. Defendants are therefore not in default, and Plaintiff's motion is wholly without merit.

Dated: August 28, 2023
      New York, New York

                              SO ORDERED.

                              J
                              United States District Judge

Page 1 of 2

# CERTIFICATE OF SERVICE

On date, September 12, 2023, I did submit the following document(s) with respect to appeal no: 23-1228

1)      FORM C WITH ADDENDUM A & B AND SUPPORTING FILING, TWENTY (24) PAGES

☒by submitting the, herein referenced documents via U.S.P.S. First Class Mail with postage prepaid via either NetStamps postage (Serial No: Bxxx21) or postage paid at the U.S.P.S. counter via point of sale (P.O.S.) to the defendants' counsel appearing in this action, as follows:

Jamison Davies,
New York City Law Department
Appeals Division Room 6-178
100 Church Street
New York, NY 10007
Direct: 212-356-2490
Email: jdavies@law.nyc.gov, nycfedapp@law.nyc.gov

Sylvia Hinds-Radix, Esq.,
Corporation Counsel
**Terminated: 07/17/2023**
New York City Law Department
100 Church Street
New York, NY 10007
Direct: 212-356-0800
Email: shradix@law.nyc.gov, nycfedapp@law.nyc.gov

*Counsel for Appellee Sewell*

1734 Webster Avenue, Bronx, NY 10457

Page 2 of 2

Oren L. Zeve, Esq.,
New York State
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Email: oren.zeve@ag.ny.gov, nyoag.nycpdf@ag.ny.gov

Barbara D. Underwood
**Terminated: 07/14/23**
New York State
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Email: barbara.underwood@ag.ny.gov; nyoag.nycpdf@ag.ny.gov

*Counsel for Appellees Hochul and James*

Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
Phone: (469) 664-7728
Email: dcclawinfo@legalhotwater.com

*Attorney for the Plaintiff*



Larry C. Carter
84 WEBSTER AVE
BRONX NY 10457-7308

Jamison Davies
New York City Law Dept.
100 Church St
NEW YORK NY 10007-2601

$1.35
US POSTAGE
FIRST-CLASS
062S0002227
FROM 10457

(?) C Carter
4 WEBSTER AVE
3NX NY 10457-7308

Oren L. Zeve, Esq.,
New York Attorney General Office
28 Liberty St
NEW YORK NY 10005-1400

$1.35 0
US POSTAGE
FIRST-CLASS
0625000022277/6
FROM 10457