**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Carter v. Sewell  Docket No.: 23-1228

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jamison Davies

Firm: New York City Law Department

Address: 100 Church St., New York NY 10007

Telephone: 212-356-2490  Fax: 212-356-1148

E-mail: jdavies@law.nyc.gov

Appearance for: Keechant Sewell/Appellee
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Hon. Sylvia Hinds-Radix/NYC Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 8/9/2023  OR

[ ] I applied for admission on .

Signature of Counsel: /s/ Jamison Davies

Type or Print Name: Jamison Davies