

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JAMISON DAVIES
*Assistant Corporation Counsel*
Phone: 212-356-2490
jdavies@law.nyc.gov

September 20, 2023

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: Carter v. Sewell
Docket No. 23-1228

To the Hon. Clerk of the Court:

The New York City Law Department respectfully requests that it no longer be identified as counsel for Kathy Hochul and Letitia James on the docket for this appeal. This office does not represent those defendants, who are represented by the New York State Attorney General's office.

Thank you for your consideration.

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*
*of the City of New York*
Attorney for Keechant Sewell

By: _____

Jamison Davies
Assistant Corporation Counsel

cc: Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
*Plaintiff Pro Se*

Linda Fang
NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
28 Liberty Street
New York, NY 10005
linda.fang@ag.ny.gov
*Attorney for Kathy Hochul and Letitia James*