## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Carter v Sewell     Docket No.: 23-1228

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Oren L. Zeve

Firm: NYS Office of the Attorney General

Address: 28 Liberty Street; New York, NY 10005

Telephone: 212-416-8882     Fax: 212-416-8962

E-mail: oren.zeve@ag.ny.gov

Appearance for: Hochul and James
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☑ Substitute counsel (replacing other counsel: Sylvia Hines-Radix )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 2019     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Oren L. Zeve

Type or Print Name: _____

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, the foregoing Notice of Substitution was filed electronically using the Court's electronic case filing system. Notice of this filing will be served pursuant to Second Circuit Local Rule 25.1 to counsel who have entered an appearance for a party or to parties authorized to participate in the electronic filing system.

Dated: New York, NY
September 22, 2023

*/s/ Oren L. Zeve*