## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Carter v Sewell        Docket No.: 23-1228

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Oren L. Zeve

Firm: NYS Office of the Attorney General

Address: 28 Liberty Street; New York, NY 10005

Telephone: 212-416-8882        Fax: 212-416-8962

E-mail: oren.zeve@ag.ny.gov

Appearance for: Hochul and James
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☑ Substitute counsel (replacing other counsel: Sylvia Hines-Radix)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 2019        OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Oren L. Zeve

Type or Print Name: _____

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 22, 2023, I served or caused to be served one copy of the accompanying Notice of Substitution by United States Postal Service first class/priority mail upon the following named person(s):

    Darryl Chadwich Carter
    1734 Webster Avenue
    Bronx, NY 10457


                                                          _/s/ Oren L. Zeve_